|   |   |   |
|---|---|---|
| | | HONORABLE RONALD B. LEIGHTON |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON, | |
| Plaintiff, | Case No. MC09-5019RBL |
| v. | ORDER |
| KURT WEINREICH, | |
| Defendant. | |

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion for Reconsideration [Dkt. #7] of this Court's Order Denying his Motion for Leave to Proceed *In Forma Pauperis* and Remanding this matter to Lewis County District Court [Dkt. #3]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Under Local Rule CR7(h) "[m]otions for reconsideration are disfavored." They will be denied unless the movant shows "manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." This standard has not been met in this case and, as such, Defendant's Motion is **DENIED.**

**IT IS SO ORDERED.**

Dated this 21st day of October, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1